# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| JACINDA GARDNER, individually and on behalf of all others similarly situated, </br></br> Plaintiff, </br></br> v. </br></br> COUNTRY CLUB, INC. d/b/a MASTERS GENTLEMEN'S CLUB, </br></br> Defendant. | ) ) ) ) Civil Action No.: 4:13-cv-03399-BHH ) ) ) ) ) ) ) ) ) |

## ORDER

The Court, having considered the parties' Joint Motion for Stay of Pretrial and Trial Deadlines [Doc. 65], hereby finds that the Motion should be, and is hereby, **GRANTED.**

All pretrial and trial deadlines in the Amended Scheduling Order [Doc. 24] are hereby **STAYED** until further notice. The Court will instruct the parties to file a joint proposed amended scheduling order after the Court's determination of the motions currently pending, including: (a) Plaintiff's Motion for Summary Judgment [Doc. 41], (b) Defendant's Motion for Summary Judgment [Doc. 48], (c) Plaintiff's Motion for Conditional Collective Action Certification [Doc. 43] and, (d) Plaintiff's Motion for Rule 23 Class Certification [Doc. 42].

**SO ORDERED.**

Dated: January 5, 2015

        s/Bruce Howe Hendricks
        Hon. Bruce Howe Hendricks
        United States District Judge